UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:08-CR-059-1 |
| | ) |
| DAVE ROBERSON, III, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court, having read and considered the Motion to Substitute Payee of Restitution by the United States of America, and good cause appearing, it is:

ORDERED, ADJUDGED and DECREED that Rite Aid Corporation be substituted for Eckerd Corporation as a payee to receive restitution in the above-referenced matter. The Clerk of Court is directed to submit to Rite Aid Corporation, P.O. Box 3165, Harrisburg, PA 17105, any and all restitution payments that remain outstanding and owed to Eckerd Corporation under the criminal judgment of Defendant Dave Roberson, III (1:08-CR-059-1).

This 22nd day of June, 2016.

HONORABLE J. RANDAL HALL
U.S. DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA